UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINA RAZAVI,<br><br>    Plaintiff,<br><br>v.<br><br>REGIS CORPORATION,<br><br>    Defendant. | Case No. 5:15-cv-02574-EJD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 33 |

No opposition having been filed and good cause appearing therefor, Plaintiff Melina Razavi's ("Plaintiff") motion for leave to file a second amended complaint is GRANTED.

Plaintiff shall file the version of the Second Amended Complaint attached to the motion on or before **March 14, 2015,** which shall then be deemed the operative complaint. Once filed, the court orders the Clerk to issue summons to the newly added defendant, Supercuts. It is further ordered that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments or attachments thereto, and any scheduling orders, upon Supercuts.

The hearing scheduled for May 19, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-02574-EJD
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT