Peter J. Van Zandt (State Bar No. 152321)
Felicia P. Jafferies (State Bar No. 251904)
LECLAIRRYAN, LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendants
REGIS CORPORATION, sued erroneously as
REGIS CORPORATION, a Minnesota Corporation dba
SUPERCUTS SALON; and SUPERCUTS CORPORATE
SHOPS, INC., sued erroneously as SUPERCUTS SALON

**IT IS SO ORDERED**

Judge Edward J. Davila

July 5, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELINA RAZAVI,

        Plaintiff,

v.

REGIS CORPORATION,

        Defendant.

Case No.: 5:15-CV-02574-EJD

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Federal Rule of Civil Procedure 41(a)

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff Melina Razavi, as a self-represented party and Defendants Regis Corporation and Supercuts Corporate Shops, Inc., by and through their respective attorneys, that the above-entitled action be dismissed with prejudice.

The dismissal is subject to the terms of a Release and Settlement Agreement which is executed by Melina Razavi and Regis Corporation and Supercuts Corporate Shops, Inc. One of

1

those terms is that this Court and Judge Edward J. Davila maintain jurisdiction to enforce the
terms of the Release and Settlement Agreement, if necessary.

Dated:  June 23, 2016                                    LECLAIR RYAN

                                                         /s/ *Felicia Jafferies*

                                                         Peter J. Van Zandt
                                                         Felicia P. Jafferies
                                                         Attorneys for Defendants
                                                         REGIS CORPORATION, sued erroneously
                                                         as REGIS CORPORATION, a Minnesota
                                                         Corporation dba SUPERCUTS SALON; and
                                                         SUPERCUTS CORPORATE SHOPS, INC.,
                                                         sued erroneously as SUPERCUTS SALON

Dated:  June 23, 2016                                    /s/ *Melina Razavi*
                                                         Self-represented Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE